IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

OUATI K. ALI,

    Petitioner,

v.

WILLIAM POLLARD,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-269-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the petition of Ouati K. Ali for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice.

By: *L. Jensen, Deputy Clerk*
Peter Oppeneer, Clerk of Court

5-24-2011
Date